UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:13-cv-21628-CMA

DIANNA MICHELLE GARCIA,

    Plaintiff,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, CARNIVAL CORPORATION, d/b/a CARNIVAL CRUISE LINES, INC., by and through its undersigned counsel, hereby notifies the Court and all interested parties that the parties have amicably settled this matter. The terms and conditions of the settlement are confidential. Defendant respectfully requests that this Court retain jurisdiction to enforce the terms of the settlement through the date on which the settlement is consummated. Once the settlement has been consummated, the parties will file a Stipulation for Dismissal with Prejudice.

        Respectfully submitted,

        MASE LARA, P.A.
        2601 South Bayshore Drive, Suite 800
        Miami, Florida 33133
        Tel: 305-377-3770
        Fax: 305-377-0080
        *Attorneys for Defendant*

        By:  */s/ Jennifer N. Hernandez*
            JENNIFER N. HERNANDEZ
            Florida Bar No.: 85961
            jhernandez@mltrial.com

**MASE LARA**

CASE NO.: 1:13-cv-21628-CMA

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2014, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:     /s/ *Jennifer N. Hernandez*
          JENNIFER N. HERNANDEZ

## SERVICE LIST

**DIANNA GARCIA v. CARNIVAL CORPORATION**
**CASE NO.: 1:13-cv-21628-CMA**

**Via Email & US Mail**
Dianna Michelle Garcia
16026 Sweet Fern St
Houston , TX 77070
michelle.garcia01@gmail.com
*Pro Se*

CURTIS J. MASE, Esq,
cmase@mltrial.com
JENNIFER N. HERNANDEZ, Esq.
jhernandez@mltrial.com
MASE LARA, P. A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

18450/740

2
**MASE LARA**